■ In the Matter of BARBARA A. GARDNER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [675 NYS2d 922] —Order of suspension entered. Present—Green, J. P., Lawton, Hayes, Callahan and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND FERGUSON, Appellant. [675 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Denman, P. J., Hayes, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BLAIR, Appellant. [675 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Hayes, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CLARK, Appellant. [675 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Violation of Probation.) Present—Denman, P. J., Lawton, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSS, Appellant. [675 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Violation of Probation.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE R. GIGUERE, JR., Appellant. [675 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Bail Jumping, 2nd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.